IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
Friend of A.R., a minor,

    Plaintiff,

v.                                                                           CIV 13-0397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
A Delaware Corporation; ROE CORPORATIONS
I-X, inclusive, and JOHN DOES, I-X, inclusive,

    Defendants.

## ORDER FOLLOWING HEARING

**THIS MATTER** came before the Court for a hearing on January 7, 2015, on three pending motions to compel. Having reviewed the parties' submissions and the relevant law, and having heard arguments of counsel, the Court stated on the record its rulings and its rationale, and it incorporates such rationale herein.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's Motion to Compel Defendant Volvo Cars of North America, LLC's Responses to Plaintiff's Second of Request for Production (*Doc. 111*) **is granted in part** to the extent that Defendant Volvo Cars of North America, LLC ("Defendant Volvo") is ordered to produce to Plaintiff audited financial statements and balance sheets for the past two years. The motion is **otherwise denied**.

2. Plaintiff's Motion to Compel Defendant Volvo Cars of North America, LLC's Responses to Plaintiff's Fourth of Request for Production (*Doc. 12*7) **is granted in part** to the extent that Defendant Volvo is ordered to produce any FMEAs from 1995 to 2010 that address the Volvo S60.  The motion is **otherwise denied**.

3. Defendant Volvo Cars of North America LLC's Motion to Compel Plaintiff's Answers to Second Set of Interrogatories (*Doc. 119*) is **granted in part** with respect to Interrogatory 27 insofar as information is material and with respect to Interrogatory 30.  The motion is **denied** with respect to Interrogatories 28 and 29.

4. Any disclosures required by this Order shall be made by January 16, 2015.

**IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE