IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

v.                                      Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation; ROE CORPORATIONS
I-X, inclusive; and JOHN DOES I-X, inclusive,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon the following motions: Defendant Volvo Cars of North America, LLC's (Defendant Volvo) Motion for Reconsideration of Order (Doc. 185) Granting Plaintiff's Motion for Leave to Amend (Doc. 189), Defendant Volvo's Motion to Dismiss Plaintiff's Failure-to-Warn Claim (Doc. 204), Plaintiff's Conditional Motion for Leave to Amend (Doc. 215), and other pretrial matters. The parties filed responses and replies to the pending motions. *See* (Docs. 211, 215, 224, 232, 252). On April 29, 2015, the Court held a motions hearing. James Ragan, counsel for Plaintiff, and Todd Rinner, counsel for Defendant Volvo, were present at the hearing. For the reasons stated on the record at the April 29, 2015, hearing, the Court hereby rules as follows:

    1. the Court denies Defendant Volvo's Motion for Reconsideration of Order (Doc. 185) Granting Plaintiff's Motion for Leave to Amend (Doc. 189), filed February 11, 2015;

    2. the Court denies Defendant Volvo's Motion to Dismiss Plaintiff's Failure-to-Warn Claim (Doc. 204), filed February 27, 2015;

    3. the Court denies as moot Plaintiff's Conditional Motion for Leave to Amend (Doc.

215), filed March 13, 2015;

    4. the Court strikes Plaintiff's Third Amended Complaint (Doc. 213), filed March 13, 2015; and

    5. the ten (10) day jury trial in this matter is set for August 10, 2015, in Albuquerque, New Mexico — 320 Rio Grande Courtroom.

_____
UNITED STATES DISTRICT JUDGE