IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as Parent and Next
Friend of A.R., a Minor,

    Plaintiff,

v.                                                  Case No. 1:13-CV-00397-KG-KBM

VOLVO CARS OF NORTH AMERICA,
LLC, a Delaware Corporation; ROE
CORPORATIONS I-X, inclusive; and
JOHN DOES, I-X, inclusive,

    Defendants.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION REQUESTING REDACTION

After considering Plaintiff's Unopposed Motion Requesting Redaction, the Court has determined that this motion should be GRANTED.

It is therefore ORDERED that the Transcript of Motion Hearing held on April 29, 2015 [Doc. No. 295] shall be redacted prior to public release to remove Plaintiff's minor child's personal information as follows:

1. Redact Page 56, Line 13 to read:  his report he says, "[A.R.] is at increased risk for seizures

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
James B. Ragan
State Bar No. 24745
Federal ID No. 696

Law Offices of James B. Ragan
723 Coleman Ave.
Corpus Christi, TX 78401
Phone: (361) 884-7787
Fax:    (361) 884-9144
Email: *jimragan13@gmail.com*

*Attorneys for Plaintiff*

Approved electronically by:


/s/ Todd. E. Rinner
Todd E. Rinner
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
*trinner@rodey.com*

*Attorneys for Defendant Volvo Cars of North America, LLC*