IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

v.                                      Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation; ROE CORPORATIONS
I-X, inclusive; and JOHN DOES I-X, inclusive,

    Defendants.

## ORDER

This matter comes before the Court *sua sponte*. In the interest of judicial efficiency at the July 21-22, 2015, Motions in *Limine* hearing, the Court finds it necessary that the parties meet and confer prior to the hearing. Therefore, the parties shall meet and confer on or before June 30, 2015, to determine whether and to what extent the parties stipulate to impending Motions in *Limine* or the contested issues therein. The parties shall certify to the Court, in writing, no later than 5:00 p.m. on July 1, 2015, that they met and conferred in good faith. The parties must also submit to the Court any stipulations by 5:00 p.m. on July 1, 2015.

    IT IS SO ORDERED.

                                                                        _____
                                                                     UNITED STATES DISTRICT JUDGE