UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, *as parent and next friend of*
*Alana Rivera, a minor,*
        Plaintiff,
    vs.                                    CIV 13-0397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
*a Delaware corporation,*
        Defendant.

ORDER VACATING *DAUBERT* HEARING AND
SETTING A TELEPHONIC MOTION HEARING/STATUS CONFERENCE

        IT IS HEREBY ORDERED that the *Daubert* hearing set for June 29, 2015, at 9:00 AM in Albuquerque is **VACATED**.

        IT IS ALSO HEREBY ORDERED that a hearing on Plaintiff's *Motion for Viewing and Inspection of the Subject Vehicle* (Doc. 324) and a status conference will be held by telephone on **MONDAY, JUNE 29, 2015, AT 1:30 PM**.  Counsel shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE