IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

v.                                                        Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation; ROE CORPORATIONS
I-X, inclusive; and JOHN DOES I-X, inclusive,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon Plaintiff's Motion for Viewing & Inspection of the Subject Vehicle (Doc. 324), and other pretrial matters. On June 29, 2015, the Court held a telephonic hearing and status conference. James Ragan, counsel for Plaintiff, and Todd Rinner and Jeffrey Croasdell, counsel for Defendant Volvo Cars of North America, L.L.C., attended the hearing telephonically. For the reasons stated on the record at the June 29, 2015, hearing, the Court hereby rules as follows:

    1. the Court denies Plaintiff's Motion for Viewing & Inspection of the Subject Vehicle (Doc. 324), filed June 22, 2015; and

    2. the parties shall file an amended proposed pretrial order no later than July 17, 2015, by 5:00 p.m.

_____
UNITED STATES DISTRICT JUDGE