IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

v.                                        Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation; ROE CORPORATIONS
I-X, inclusive; and JOHN DOES I-X, inclusive,

    Defendants.

## FINAL ORDER FOR PARTIAL SUMMARY JUDGMENT

Having granted Defendant Volvo Cars of North America, L.L.C.'s (Defendant VCNA) Motion for Summary Judgment on Product Liability Negligence as a Matter of Law (Doc. 249), filed on April 1, 2015, by a Memorandum Opinion and Order entered contemporaneously with this Final Order for Partial Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant VCNA as to Plaintiff's product liability negligence claim of the Second Amended Complaint (Doc. 192), filed February 13, 2015; and

2. Plaintiff's product liability negligence claim of the Second Amended Complaint is dismissed with prejudice.

                                                                       UNITED STATES DISTRICT JUDGE