IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

v.                                        Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation; ROE CORPORATIONS
I-X, inclusive; and JOHN DOES I-X, inclusive,

    Defendants.

## FINAL ORDER FOR PARTIAL SUMMARY JUDGMENT

Having granted Defendant Volvo Cars of North America, L.L.C.'s (Defendant VCNA) Motion for Summary Judgment on Plaintiff's Failure-to-Warn Claim and to Exclude Plaintiff's Expert Robert Cunitz (Doc. 243), filed on April 1, 2015, by an Order (Doc. 318), entered on June 10, 2015,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Defendant VCNA as to Plaintiff's failure-to-warn claim of the Second Amended Complaint (Doc. 192), filed February 13, 2015; and

    2. Plaintiff's failure-to-warn claim of the Second Amended Complaint is dismissed with prejudice.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE