IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

     Plaintiff,

v.                                                                              Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation; ROE CORPORATIONS
I-X, inclusive; and JOHN DOES I-X, inclusive,

     Defendants.

### FINAL ORDER FOR PARTIAL SUMMARY JUDGMENT

THIS MATTER comes before the Court upon Defendant Volvo Cars of North America,

L.L.C.'s (Defendant VCNA) Motion for Summary Judgment on Plaintiff's Claim for Punitive

Damages (Motion for Partial Summary Judgment ) (Doc. 247), filed April 1, 2015.  On July 2,

2015, the Court held a telephonic hearing on Defendant VCNA's Motion for Partial Summary

Judgment.  James Ragan, counsel for Plaintiff, and Todd Rinner and Jeffrey Croasdell, counsel for

Defendant VCNA, attended the hearing telephonically.  Having granted Defendant VCNA's

Motion for Partial Summary Judgment (Doc. 247), for the reasons stated on the record at the July

2, 2015, hearing,

     IT IS ORDERED that

    1.  summary judgment is entered in favor of Defendant VCNA as to Plaintiff's punitive

damages claim in the Second Amended Complaint (Doc. 192), filed February 13, 2015; and

    2.  Plaintiff's punitive damages claim in the Second Amended Complaint is dismissed with

prejudice.

UNITED STATES DISTRICT JUDGE