IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

v.                                            Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon Plaintiff's Third Amended Complaint, filed August 7, 2015. (Doc. 425). On August 10, 2015, the Court held a Final Pretrial Conference. James Ragan, counsel for Plaintiff, and Todd Rinner and Jeffrey Croasdell, counsel for Defendant VCNA, attended the hearing. For the reasons stated on the record at the August 10, 2015, hearing, the Court hereby rules as follows:

    1. the Court strikes Plaintiff's Third Amended Complaint (Doc. 425); and

    2. the Court grants Plaintiff's oral unopposed motion to voluntarily dismiss Defendants Roe Corporations I-X, inclusive; and Defendants John Does, inclusive.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE