IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

v.                                                                       Civ. No. 13-00397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
a Delaware Corporation,

    Defendants.

## FINAL JUDGMENT

The Court held a jury trial in this matter beginning August 10, 2015.  James Ragan, represented Plaintiff at the trial, and Defendant appeared by its corporate representative and was represented by Todd Rinner, Jeffrey Croasdell, and Shannon Sherrell.  The evidence was concluded on August 19, 2015, whereupon the jury was instructed by the Court.  Following deliberations the jury returned a Special Verdict finding (1) the 2001 Volvo S60 was defective; (2) the product defect was the cause of Plaintiff's injuries and damages; (3) and that Plaintiff Andres Rivera was 30% at fault, whereas Defendant was 70% at fault.  The jury determined that the total damages suffered by the Plaintiff was in the amount of $9,686,225.15.  The Special Verdict form stated that the Court would enter judgment for the Plaintiff against the Defendant in proportion to the damages attributable to the Defendant after multiplying the percentage of fault found as to the Defendant.

IT IS, THEREFORE, ORDERED that

1.  final judgment is entered upon the verdict in favor of Plaintiff and against Defendant in the amount of $6,780,357.61; and

2. the Court expressly retains jurisdiction over (a) Plaintiff's pending motion for pre- and post-judgment interest; and (b) any appropriate and proper costs yet to be determined.

_____
UNITED STATES DISTRICT JUDGE