IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, as parent and next
friend of A.R., a minor,

    Plaintiff,

vs.                                        Case No. 1:13-CV-00397-KG-KBM

VOLVO CARS OF NORTH AMERICA, LLC,

    Defendant.

## ORDER GRANTING
## UNOPPOSED MOTION FOR STAY OF EXECUTION ON FINAL JUDGMENT

This matter having come before the Court pursuant to Fed. R. Civ. P. 62 on Defendant's UNOPPOSED MOTION FOR STAY OF EXECUTION ON FINAL JUDGMENT, and the parties having reached agreement as to the amount of supersedeas bond with proof thereof having been provided by Defendant to Plaintiff already, and the Court finding good cause therefor, it is hereby ORDERED as follows:

Execution on the final judgment [Doc. 499] in the above-captioned matter is hereby STAYED during the pendency of any appeal in this matter and until disposition on the merits of such appeal. *See* Fed. R. Civ. P. 62(b), (d).

_____
UNITED STATES DISTRICT JUDGE

Order Submitted By:

By: _/s/ illegible signature_
Jeffrey M. Croasdell
Todd E. Rinner
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.C.
201 Third Street, Suite 2200
Albuquerque, NM  87102
Telephone: (505) 765-5900
Facsimile:  (505) 768-7395
E-mail: jcroasdell@rodey.com
          trinner@rodey.com
*Attorneys for Defendant VCNA*

Order Approved By:

By: *approval received via email on March  8, 2016*
James B. Ragan
Law Offices of James B. Ragan
723 Coleman Avenue
Corpus Christi, TX  78401
361-884-9144 (f)
jimragan13@gmail.com

-and-

Turner W. Branch
Margaret Moses Branch
2025 Rio Grande Blvd. NW
Albuquerque, NM  87104
Telephone:  505-243-3500
*Attorneys for Plaintiff*