UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRES RIVERA, *as parent and next friend of*
*Alana Rivera, a minor,*

        Plaintiff,

    vs.                         CIV 13-0397 KG/KBM

VOLVO CARS OF NORTH AMERICA, LLC,
*a Delaware corporation,*

        Defendant.

**ORDER OF REFERENCE**

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Chief Magistrate Judge Karen B. Molzen to conduct a fairness hearing to approve settlement and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.   The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.   The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1).   Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
UNITED STATES DISTRICT JUDGE